# EXHIBIT A

# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** ARTIFICIAL INTELLIGENCE MINOR SEXUAL EXPLOITATION LITIGATION

MDL No. 26-49

## NOTICE OF APPEARANCE SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No | Judge |
|---|---|---|---|---|---|
| **1.** | Jane Doe 1 , By and Through her Legal Guardian Parents, John Roe and Jane Roe | X. AI CORP., X.AI LLC, and X CORP. | Western District of Arkansas | 5:26-cv-05241-TLB | Timothy L Brooks |
| **2.** | Jane Doe 3, By and Through her Legal Guardian Parent, Jane Roe 3 | X. AI CORP., X.AI LLC, and X CORP. | Western District of Arkansas | 5:26-cv-5193-TLB | Timothy L Brooks |
| **3.** | Jane Doe 4, By and Through her Legal Guardian Parent, Jane Roe 4 | X. AI CORP., X.AI LLC, and X CORP. | Western District of Arkansas | 5:26-cv-05218-TLB | Timothy L Brooks |
| **4.** | John Doe, By and Through his Legal Guardian Parent, John Roe 4 | X. AI CORP., X.AI LLC, and X CORP. | Western District of Arkansas | 5:26-cv-05204-TLB | Timothy L Brooks |
| **5.** | Jane doe 5, By and Through her Legal Guardian Parents, John and Jane Roe 5 | X. AI CORP., X.AI LLC, and X CORP. | Western District of Arkansas | 5:26-cv-05226-TLB | Timothy L Brooks |
| **6.** | Jane Doe 6, By and Through her Legal Guardian Parents, John and Jane Roe 5 | X. AI CORP., X.AI LLC, and X CORP. | Western District of Arkansas | 5:26-cv-05242-TLB | Timothy L Brooks |
| **7.** | Jane Doe I, Jane Doe II, John Doe I, Jane Doe III, Jane Doe IV, and Jane Doe | X. AI CORP., X.AI LLC, and X CORP. | Northern District of California | 3:26-cv-8567-SK | Sallie Kim |

| | | | | | |
|---|---|---|---|---|---|
| **8.** | Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane doe 4, and Jane Doe 5 | X. AI CORP., X.AI LLC, X CORP., Stability AI U.S. Servs. Corp. and Stability AI, Inc. | Northern District of California | 5:26-cv-2246-PCP | P. Casey Pitts |
| **9.** | Jane Doe, a minor, by and through her Next Friends Jane Roe and John Roe | X.AI Corp., X.AI LLC, and Doe Defendants 1-25 | Circuit Court of Benton County, Arkansas | 5:26-cv-05232-TLB | Timothy L Brooks |
| **10.** | Jane Doe 1, a minor, by and through her Next Friends Jane Doe 3; Jane Doe 2, a minor, by through her Next Friend Jane Doe 3; and Jane Doe 3 | X. AI CORP., X.AI LLC, and Doe Defendants 1-25 | Circuit Court of Benton County, Arkansas | 5:26-cv-05231-TLB | Timothy L Brooks |
| **12.** | Jane Doe 1, Jane Doe 2, and Jane Doe 3 | X. AI Corp., a Nevada Corporation, X.AI LLC, a Nevada Limited Liability Company, and X.AI Holdings LLC | Northern District of California San Jose Division | 5:26-cv-09617-SVK | P. Casey Pitts |
| **12.** | Jane Doe 1, on behalf of herself and all other similarly situated | X.AI Corp., a Nevada Corporation, and X. AI LLC, a Nevada Limited Liability Company | Northern District of California San Jose Division | 5:26-cv-09016-BLF | P. Casey Pitts |
| **13.** | John Doe 1 and John Doe 2 | X. Corp, and Does 1-50 | Northern District of California San Francisco | 3:26-cv-10913-RFL | Rita F. Lin |