**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: x.AI/GROK ARTIFICIAL INTELLIGENCE MINOR SEXUAL EXPLOITATION LITIGATION | MDL DOCKET NO.: 3205 |

**NOTICE OF RELATED ACTION**

Pursuant to Panel Rule 6.2(d), Plaintiff Jane (South Carolina) Doe, South Carolina Roe, New Jersey Doe, and Ohio Doe hereby provide the Panel with notice of their complaint filed in the United States District Court for the Northern District of California:

> *Jane (South Carolina) Doe, South Carolina Roe, New Jersey Doe, and Ohio Doe, on behalf of themselves and all others similarly situated v. x.AI Corp., and x.AI, LLC*, No. 5:26-cv-00772-PCP (N.D. Cal.)

A true and correct copy of the Docket Sheet as of today's date, and the operative Complaint, are attached hereto.

Date: October 20, 2026

/s/E. Michelle Drake

E. Michelle Drake
James Hannaway
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
emdrake@bergermontague.com
jhannaway@bergermontague.com

Sophia M. Rios
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
srios@bergermontague.com

Lavanya Prabhakar
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625

San Francisco, CA 94111
lprabhakar@bergermontague.com

*Counsel for Plaintiffs Doe, et al. in No. 5:26-cv-00772-PCP (N.D. Cal.)*