**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: x.AI/GROK ARTIFICIAL INTELLIGENCE MINOR SEXUAL EXPLOITATION LITIGATION | MDL DOCKET NO.: 3205 |

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Jane (South Carolina) Doe, South Carolina Roe, New Jersey Doe, and Ohio Doe | x.AI Corp., x.AI, LLC | N.D. California | 5:26-cv-00772 | Hon. P. Casey Pitts |

Date: October 20, 2026

/s/E. Michelle Drake

E. Michelle Drake
James Hannaway
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
emdrake@bergermontague.com
jhannaway@bergermontague.com

Sophia M. Rios
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
srios@bergermontague.com

Lavanya Prabhakar
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
lprabhakar@bergermontague.com

*Counsel for Plaintiffs Doe, et al. in No. 5:26-cv-00772-PCP (N.D. Cal.)*