# EXHIBIT A

| Caption | Case No. | Attorneys for Plaintiff(s) |
|---|---|---|
| *Jane Doe 3, by and through her legal guardian parent, Jane Roe 3 v. X.AI Corp. et al.* | 5:26-cv-5193 (W.D. Ark.) | The Potts Law Firm, LLP |
| *John Doe, by and through his legal guardian parent, John Roe 4 v. X.AI Corp. et al.* | 5:26-cv-5204 (W.D. Ark.) | The Potts Law Firm, LLP |
| *Jane Doe 4, by and through her legal guardian parent, Jane Roe 4 v. X.AI Corp. et al.* | 5:26-cv-5218 (W.D. Ark.) | The Potts Law Firm, LLP |
| *Jane Doe 5, by and through her legal guardian parents, John and Jane Roe 5 v. X.AI Corp. et al.* | 5:26-cv-5226 (W.D. Ark.) | The Potts Law Firm, LLP |
| *Jane Doe 1 (minor, by and through Next Friend Jane Doe 3), Jane Doe 2 (minor, by and through Next Friend Jane Doe 3), and Jane Doe 3 (adult) v. X.AI Corp. et al.* | 5:26-cv-5231 (W.D. Ark.) | Carney Bates & Pulliam, PLLC |
| *Jane Doe (minor), by and through her Next Friends Jane Roe and John Roe v. X.AI Corp. et al.* | 5:26-cv-5232 (W.D. Ark.) | Carney Bates & Pulliam, PLLC |
| *Jane Doe 1, by and through her legal guardian parents, John Roe and Jane Roe v. X.AI Corp. et al.* | 5:26-cv-5241 (W.D. Ark.) | The Potts Law Firm, LLP |
| *Jane Doe 6, by and through her legal guardian parents, John and Jane Roe 5 v. X.AI Corp. et al.* | 5:26-cv-5242 (W.D. Ark.) | The Potts Law Firm, LLP |
| *Jane Doe 2, by and through her legal guardian parents, John Roe 2 and Jane Roe 2 v. X.AI Corp. et al.* | 5:26-cv-5291 (W.D. Ark.) | The Potts Law Firm, LLP & Burnett Law Firm |
| *Jane Doe, on behalf of herself and all others similarly situated v. X.AI Corp. et al.* | 5:26-cv-00772 (N.D. Cal.) | Berger Montague PC |

| | | |
|---|---|---|
| *Jane Doe 1, Jane Doe 2, a minor, and Jane Doe 3, a minor v. X.AI Corp. et al* | 5:26-cv-02246 (N.D. Cal.) | Lieff Cabraser Heimann & Berstein, LLP & Baehr-Jones Law PC |
| *Jane Doe I, Jane Doe II, John Doe I, Jane Doe III, Jane Doe IV, and Jane Doe V v. X.AI Corp. et al.* | 5:26-cv-08567 (N.D. Cal.) | Beasley, Allen, Crow, Methvin, Portis & Miles P.C.; Paul Byrd Law Firm, PLLC; Herrerra Law Group & Salahi PC |
| *Jane Doe I, on behalf of herself and all others similarly situated v. X.AI Corp. et al.* | 5:26-cv-09016 (N.D. Cal.) | Girard Sharp LLP; Liberty Law & March Law Firm PLLC |
| *Jane Doe 1, Jane Doe 2, and Jane Doe 3 v. X.AI Corp. et al.* | 5:26-cv-09617 | Goldberg, Goldberg & Maloney & Coast Law Group LLP |